UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MALEKI ET AL, Plaintiffs, -against- U.S. CITIZENSHIP AND IMMIGRATION SERVICES ET AL, Defendants. | 1:26-cv-08589-ALC **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On October 1, 2026, a petition in the nature of mandamus was filed in this matter. The Government Defendants are hereby **ORDERED** to file a status report in this matter by **October 28, 2026**.

**SO ORDERED.**

**Dated: October 7, 2026**
**New York, New York**



**ANDREW L. CARTER, JR.**
**United States District Judge**